[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

No. 00-2269

ANINA RASTEN,

Plaintiff, Appellant,

v.

BOURNEWOOD HOSPITAL; BETH ISRAEL HOSPITAL,

Defendants, Appellees.

————————————

No. 01-1028

ANINA RASTEN,

Plaintiff, Appellant,

v.

SUMNER GOLDBERG AND MASSACHUSETTS
BOARD OF BAR OVERSEERS,

Defendant, Appellee.

————————————

APPEALS FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Mark L. Wolf, U.S. District Judge]
[Hon. Reginald C. Lindsay, U.S. District Judge]

———————————

Before

Boudin, <u>Chief Judge</u>,
Selya and Lynch, <u>Circuit Judges</u>.

———————————

<u>Anina Rasten</u> on briefs pro se.

———————————

June 27, 2001

———————————

**Per Curiam**.  We consolidate these appeals and, after due consideration, affirm for the reasons given by the district court.  Neither complaint succeeded in stating a federal claim.

Affirmed.  Loc. R. 27(c).